# STATE OF NORTH CAROLINA

_____Wake_____ County

File No.

24CV031847-910

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Pamela Robinson | |
| *Address*<br>110 Wainwrights Bnd | |
| *City, State, Zip*<br>Yorktown                    VA        23692 | |

**CIVIL SUMMONS**
☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

### VERSUS

*Name Of Defendant(s)*
Detohai Furniture Co., LTD; Superior Importers, LLC; Superior Holding, LLC, and Amazon.com, Inc.

*Date Original Summons Issued*

*Date(s) Subsequent Summons(es) Issued*

**To Each Of The Defendant(s) Named Below:**

| *Name And Address Of Defendant 3*<br>Superior Holding, LLC<br>122 Muirhead Ave<br><br>Trenton                    NJ        08638 | *Name And Address Of Defendant 4*<br>Amazon.com Services LLC<br>Corporation Service Company<br>2626 Glenwood Ave Ste 550<br>Raleigh                    NC        27608 |
|---|---|

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>David "Steven" Walker<br>Walker Kiger PLLC<br>100 Professional Ct Ste 102<br>Garner                    NC        27529 | *Date Issued*<br>10/7/2024 | *Time*<br>10:13:39 am ☐ AM ☐ PM |
|---|---|---|
| | *Signature*<br>/s/ Linda Ngweno | |
| | ☒ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time*<br>☐ AM ☐ PM |
|---|---|---|
| | *Signature* | |
| | ☐ Deputy CSC    ☐ Assistant CSC    ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

**EXHIBIT 1**

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
|  |  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 1.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
|  |  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Acceptance of service.
Summons and complaint received by: ☐ Defendant 2.
☐ Other: *(type or print name)*

| Date Accepted | Signature |
|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid | Signature Of Deputy Sheriff Making Return |
|---|---|
| $ |  |
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

<table>
<tr><td>File No.</td><td>24CV031847-910</td></tr>
</table>

_____ Wake _____ County

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
Pamela Robinson

**Address**
110 Wainwrights Bnd

**City, State, Zip**
Yorktown          VA          23692

**VERSUS**

**Name Of Defendant(s)**
Detohai Furniture Co., LTD; Superior Importers, LLC; Superior Holding, LLC, and Amazon.com, Inc.

## CIVIL SUMMONS
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**Date Original Summons Issued**

**Date(s) Subsequent Summons(es) Issued**

**To Each Of The Defendant(s) Named Below:**

**Name And Address Of Defendant 1**
Detohai Furniture Co. LTD
No. 717 Jinxing Village Jiujiang Town
Nanhai District Foshan
Foshan, China                                528203

**Name And Address Of Defendant 2**
Superior Importers, LLC
122 Muirhead Ave
Trenton, NJ                                08638

⚠️ **IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**
**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

**Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)**
David "Steven" Walker
Walker Kiger PLLC
100 Professional Ct Ste 102
Garner                          NC          27529

**Date Issued**
10/7/2024

**Time**
10:13:39 am ☐ AM ☐ PM

**Signature**
/s/ Linda Ngweno

☒ Deputy CSC          ☐ Assistant CSC          ☐ Clerk Of Superior Court

☐ **ENDORSEMENT (ASSESS FEE)**
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

**Date Of Endorsement**

**Time**
☐ AM ☐ PM

**Signature**

☐ Deputy CSC          ☐ Assistant CSC          ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have* **MANDATORY ARBITRATION** *programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 12/23
© 2023 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 1. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

| ☐ Acceptance of service. Summons and complaint received by: ☐ Defendant 2. ☐ Other: *(type or print name)* | Date Accepted | Signature |
|---|---|---|

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 12/23
© 2023 Administrative Office of the Courts

STATE OF NORTH CAROLINA

WAKE COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
24CV031847-910
____ CVS _____

PAMELA ROBINSON,
     Plaintiff

   v.

DETOHAI FURNITURE CO.,
LTD., SUPERIOR IMPORTERS,
LLC, SUPERIOR HOLDING, LLC,
and AMAZON.COM SERVICES
LLC,
     Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED COMPLAINT**

(Jury Trial Demanded)

Plaintiff, complaining of defendants, alleges and says:

## PARTIES, JURISDICTION AND VENUE

1. Plaintiff Pamela Robinson is a citizen of Virginia, but at the time relevant to the injury described herein, was a citizen and resident of Wake County, North Carolina.

2. Defendant Detohai Furniture Co., Ltd. (hereinafter "Detohai") is a Chinese company headquartered in Foshan, Guangdong Province.

3. Defendant Superior Importers, LLC is a limited liability company headquartered in New Jersey.

4. Defendant Superior Holding, LLC is a holding company headquartered in New Jersey, which, upon information and belief, is affiliated with Superior Importers, LLC.

1

5. Defendant Amazon.com Services LLC (hereinafter "Amazon") is a Delaware Limited Liability Company, with a principal office in Seattle, Washington, and has registered as a foreign entity with the North Carolina Secretary of State, with a registered office in Wake County, North Carolina.

6. Amazon does business throughout North Carolina, both as Amazon and through various other child corporations and business organizations.

7. Defendants Superior Holding, LLC, Superior Importers, LLC, and Detohai have taken actions to avail themselves of the market opportunities of North Carolina, and as such are subject to the jurisdiction of the Courts of North Carolina.

8. The cause of action leading to this complaint occurred in Wake County, North Carolina.

9. The Court has jurisdiction over all parties and the subject matter of this complaint.

10. The relief requested in this complaint exceeds the amount of twenty-five thousand dollars ($25,000).

11. Venue is proper in Superior Court, Wake County.

## FACTS & BACKGROUND

12. The allegations of the preceding paragraphs are incorporated herein by reference.

13. Plaintiff Robinson purchased an Oliver & Smith mattress from defendant Amazon, which upon information and belief, was facilitating the sale for Superior Importers, LLC.

14. The product was manufactured and packaged by defendant Detohai.

2

15. Upon information and belief, Superior Holding, LLC was involved in the shipping of the product from China.

16. Ms. Robinson had purchased an identical product from defendants in a previous year and had experience handling and opening the mattress without injury to herself or damage to the mattress. When she received the second mattress on October 21, 2021, the story was much different.

17. Detohai packaged the mattress, which was shipped overseas to Ms. Robinson's residence via defendant Amazon's shipping apparatus, upon information and belief by Superior Holding, LLC or by Superior Importers, LLC, and delivered on October 21, 2021. Ms. Robinson took receipt of the mattress on the same date.

18. The mattress' packaging did not have any sort of warning label indicating potential harm coming from removing the mattress from its package, either on the box or the plastic wrap around the mattress itself.

19. When Ms. Robinson attempted to unbox the mattress, it "came out unbelievably fast and hard" directly into Ms. Robinson's knees, hyperextending them.

20. Ms. Robinson has suffered significant pain in both knees ever since the incident, both when actively bearing weight on the knee (while standing or moving) and when resting the knee, even at night.

21. Ms. Robinson was forced to seek the help of a specialist orthopedic surgeon at VCU Medical Center in Richmond, Virginia, who recommended she undergo a double knee replacement due to the "severe degenerative changes" of

3

their condition, which were accelerated by the mattress exploding into Ms. Robinson's knees.

22. Ms. Robinson has had one reconstructive surgery and will have surgery on her other knee in the near future.

## FIRST CLAIM – NEGLIGENCE BY DETOHAI

23. The allegations in the preceding paragraphs are incorporated herein by reference.

24. Defendant Detohai held a duty of care to Plaintiff Robinson as a purchaser of their product.

25. Detohai breached their duty of care to Plaintiff by virtue of failing to package the mattress in such a manner as it could not explode out of its packaging with such force as to effectively destroy Ms. Robinson's knees.

26. If such a manner of packaging the mattress was unavoidable, Detohai would have held a duty of care to warn Ms. Robinson that such an event may occur while removing the mattress from the package.

27. No such warning was present on the packaging of the mattress.

28. The unexpected rapid expulsion of the mattress from the package was the reason for the injury to Ms. Robinson's knees and the subsequent operations thereon.

29. But for the injury to Ms. Robinson's knees caused by the mattress manufactured and packaged by Detohai, Ms. Robinson would not have suffered severe pain, or be required to undergo a double knee replacement.

4

30. Detohai's failure to properly package the product sold to Ms. Robinson, or its failure to package it in such a way that it would not explode if damaged in shipping, is the proximate cause of Ms. Robinson's injuries.

31. Ms. Robinson is entitled to recover damages for negligence by Detohai.

## SECOND CLAIM – NEGLIGENCE BY AMAZON, SUPERIOR IMPORTERS, LLC, AND SUPERIOR HOLDING LLC

32. The allegations in the preceding paragraphs are incorporated herein by reference.

33. As the party from which Plaintiff Robinson purchased the mattress, Amazon owed Ms. Robinson a duty of care to not sell her a defective product.

34. This duty would extend to Amazon's role as the shipper of the product, as well as its role as the facilitating party in the transaction.

35. Amazon breached this duty by providing Ms. Robinson with a mattress which could not be removed from its packaging without injurious force once it had been delivered to her.

36. Ms. Robinson's knee injuries were proximately caused by the package's failures, a package that had been handled across international borders by Amazon or one of its subcontractors, upon information and belief Superior Holding LLC and Superior Importers, LLC engaged in the normal functions of their work.

37. As such, Ms. Robinson is entitled to recover damages, including punitive damages, for negligence in shipping by Amazon, Superior Importers, LLC and Superior Holding, LLC.

## THIRD CLAIM – BREACH OF IMPLIED WARRANTY

38.     The allegations in the preceding paragraphs are incorporated herein by reference.

39.     Per N.C. Gen. Stat. § 25-2-314, "Unless excluded or modified, a warranty that the goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind."

40.     No such exclusion or modification was made to that implied warranty with respect to defendant Amazon's transaction with Plaintiff Robinson, nor between Plaintiff and Superior Importers, LLC.

41.     Among the qualifications for a good to be defined as "merchantable" is the requirement per subsection (2)(e) of the aforementioned statute that the good be "adequately contained, packaged, and labeled."

42.     The mattress was clearly not adequately packaged, as Ms. Robinson's mere attempt to open the package resulted in the mattress exploding out of said package at such speed as to result in severe injury to her knees.

43.     Amazon and Superior Importers, LLC certainly qualify as  merchants of mattresses: over half of all U.S. mattress sales take place online, and a large portion of those sales take place on Amazon.

44.     The mattress sold to Ms. Robinson was not merchantable at the time of its sale due to defects in its packaging.

45.     Ms. Robinson's knee injuries were caused by the mattress.

6

46. More specifically, the failure of the packaging to prevent the mattress from springing open at an unstoppable speed once taken out of the package was the proximate cause of Ms. Robinson's knee injuries.

47. As such, Ms. Robinson is entitled to recover damages, including punitive damages, for breach of implied warranty by Amazon and Superior Importers, LLC.

BASED ON THE FOREGOING, PLAINTIFF RESPECTFULLY PRAYS THE COURT THAT:

1. A judgment be entered in Plaintiff's favor against each defendant, jointly and severally, in excess of $25,000; and

2. Plaintiff receives a trial by jury;

3. The costs of this action be taxed against Defendants; and

4. Any other relief the Court deems just and proper.

This 6th day of October, 2024.

_____

WALKER KIGER, PLLC
David "Steven" Walker
NC Bar #34270
Attorney for Plaintiff
100 Professional Court, Ste 102
Garner, NC 27529
(984) 200-1930 (Telephone)
(984) 500-0021 (Fax)
steven@walkerlawnc.com (email)

7

# VERIFICATION

I, Pamela Robinson, depose and say that I have reviewed and read the foregoing verified complaint, and that the contents thereof are true of my own personal knowledge, and as to those matters about which I have no personal knowledge and are stated upon information and belief, I believe them to be true.

Pamela Robinson

Subscribed to and sworn before me,
this the 6 Day of October, 2024.

Notary Public

Poquoson City County, State of Virginia

My Commission Expires: April 30, 2026

SEAL

CARRIE ANNE RODGERS
NOTARY PUBLIC
REGISTRATION # 7794600
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
APRIL 30, 2026

8

# STATE OF NORTH CAROLINA

_____WAKE_____ County

File No.

24CV031847-910

In The General Court Of Justice
☐ District  ☒ Superior Court Division

Name Of Plaintiff(s)
Pamela Robinson

**VERSUS**

Name Of Defendant
Detohai Furniture Co. LTD, et. al

## AFFIDAVIT OF SERVICE OF PROCESS BY
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by  ☐ registered mail (return receipt requested),  ☐ certified mail (return receipt requested),

☒ designated delivery service (delivery receipt requested),

a copy of the summons and complaint  ☐ and other document(s) _(list)_ _____

_____

in the above captioned action to _(name of person to be served)_ Superior Holding, LLC _____,

addressed as follows:  122 Muirhead Ave; Trenton, NJ 08638 _____

_____

_____

_____

Further, that copies of the summons and complaint  ☐ and the above listed other document(s) _(check, if applicable)_  were in fact

received by the defendant on _(date of receipt)_ _____10/10/2024_____, as evidenced by the attached original receipt.

_(Attach original receipt or electronic proof of signature confirmation to this affidavit.)_

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | Signature Of Plaintiff/Attorney |
|---|---|

| Date 10/18/2024 | Signature Of Person Authorized To Administer Oaths _Cheryl Intravaato Spencer_ | Name (type or print) David Stevenson Walker II |
|---|---|---|

Title Of Person Authorized To Administer Oaths
Notary Public

☒ Notary

Date My Commission Expires
6|14|27

**SEAL**

County Where Notarized
JOHNSTON

CHERYL INTRAVESATO SPENCER
Notary Public
Johnston
County
My Comm. Exp.
06-14-2027
NORTH CAROLINA

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



October 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779086949287

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | E.CHACON GARCIA | Delivery Location: | 122 MUIRHEAD AVE |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | Trenton, NJ, 08638 |
| | | Delivery date: | Oct 10, 2024 12:56 |

---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 779086949287 | Ship Date: | Oct 8, 2024 |
| | | Weight: | |

Recipient:
Superior Holding LLC,
122 Muirhead Ave
Trenton, NJ, US, 08638

Shipper:
Steven Walker, Walker Kiger PLLC
100 Professional Ct
Ste 102
GARNER, NC, US, 27529



Thank you for choosing FedEx

# STATE OF NORTH CAROLINA

_____ WAKE _____ County

File No. 24CV031847-910

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff(s)**
Pamela Robinson

**VERSUS**

**Name Of Defendant**
Detohai Furniture Co. LTD, et. al

## AFFIDAVIT OF SERVICE OF PROCESS BY
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by ☐ registered mail (return receipt requested), ☐ certified mail (return receipt requested), ☒ designated delivery service (delivery receipt requested), a copy of the summons and complaint ☐ and other document(s) (list) _____

in the above captioned action to (name of person to be served) Superior Importers, LLC _____,
addressed as follows: 122 Muirhead Ave; Trenton, NJ 08638

Further, that copies of the summons and complaint ☐ and the above listed other document(s) (check, if applicable) were in fact received by the defendant on (date of receipt) _____ 10/10/2024 _____, as evidenced by the attached original receipt.

*(Attach original receipt or electronic proof of signature confirmation to this affidavit.)*

**Signature Of Plaintiff/Attorney**

| SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME | |
|---|---|
| **Date** 10/18/2024 | **Signature Of Person Authorized To Administer Oaths** Cheryl Intravosato Spencer |
| **Title Of Person Authorized To Administer Oaths** Notary Public | **Name (type or print)** David Stevenson Walker II |
| ☒ Notary | **Date My Commission Expires** 6/14/27 |
| **SEAL** | **County Where Notarized** JOHNSTON |

CHERYL INTRAVESATO SPENCER
Notary Public
Johnston
County
My Comm. Exp.
06-14-2027
NORTH CAROLINA



October 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779086919744

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | E.CHACON GARCIA | Delivery Location: | 122 MUIRHEAD AVE |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Adult Signature Required | | Trenton, NJ, 08638 |
| | | Delivery date: | Oct 10, 2024 12:56 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 779086919744 | Ship Date: | Oct 8, 2024 |
| | | Weight: | |

Recipient:
Superior Importers, LLC,
122 Muirhead Ave
Trenton, NJ, US, 08638

Shipper:
Steven Walker, Walker Kiger PLLC
100 Professional Ct
Ste 102
GARNER, NC, US, 27529

Thank you for choosing FedEx

# STATE OF NORTH CAROLINA

WAKE _____ County

File No.
24CV031847-910

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff(s)**
Pamela Robinson

**VERSUS**

**Name Of Defendant**
Detohai Furniture Co. LTD, et. al

## AFFIDAVIT OF SERVICE OF PROCESS BY
☐ REGISTERED MAIL
☐ CERTIFIED MAIL
☒ DESIGNATED DELIVERY SERVICE
G.S. 1-75.10(a)(5), (a)(6); 1A-1, Rule 4(j2)

I, the undersigned, did mail by  ☐ registered mail (return receipt requested),  ☐ certified mail (return receipt requested),
☒ designated delivery service (delivery receipt requested),
a copy of the summons and complaint  ☐ and other document(s) *(list)* _____

in the above captioned action to *(name of person to be served)* Amazon.com Services LLC
addressed as follows:  Corporation Service Company; 2626 Glenwood Ave Ste 550; Raleigh, NC 27608

Further, that copies of the summons and complaint  ☐ and the above listed other document(s) *(check, if applicable)*  were in fact
received by the defendant on *(date of receipt)* _____ 10/09/2024 _____, as evidenced by the attached original receipt.
**(Attach original receipt or electronic proof of signature confirmation to this affidavit.)**

## SWORN/AFFIRMED AND SUBSCRIBED TO BEFORE ME

| | |
|---|---|
| **Date** 10/18/2024 | **Signature Of Person Authorized To Administer Oaths** Cheryl Intravesato Spencer |
| **Title Of Person Authorized To Administer Oaths** Notary Public | |
| ☒ Notary | **Date My Commission Expires** 6/14/27 |
| **SEAL** | **County Where Notarized** JOHNSTON |

**Signature Of Plaintiff/Attorney**

**Name (type or print)**
David Stevenson Walker II

*(Notary Seal)*
CHERYL INTRAVESATO SPENCER
Notary Public
Johnston
County
My Comm. Exp.
06-14-2027
NORTH CAROLINA

AOC-CV-105, New 8/17
© 2017 Administrative Office of the Courts



October 17, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 779086978846

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | H.HUGHES | Delivery Location: | 2626 GLENWOOD AVE 550 |
| Service type: | FedEx 2Day | | |
| Special Handling: | Deliver Weekday;<br>Adult Signature Required | | RALEIGH, NC, 27608 |
| | | Delivery date: | Oct 9, 2024 10:16 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 779086978846 | Ship Date: | Oct 8, 2024 |
| | | Weight: | |

Recipient:
Corporation Services Company, Amazon.com Services LLC
2626 Glenwood Ave
Ste 550
RALEIGH, NC, US, 27608

Shipper:
Steven Walker, Walker Kiger PLLC
100 Professional Ct
Ste 102
GARNER, NC, US, 27529



Thank you for choosing FedEx